USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INDICTMENT

    -v.-                           :
                                         07 Cr.
KAZMEL ROSS,                       :
    a/k/a "Cazmel Ross,"                 07CRIM. 722
    a/k/a "Terrel Waynes,"
    a/k/a "Kevone Ross,"
    a/k/a "Ross Kazmel,"           :
    a/k/a "Kazmel Nixon,"
                                       :
         Defendant.
                                       :
- - - - - - - - - - - - - - - - -x

COUNT ONE

    The Grand Jury charges:

    1.   On or about July 17, 2007, in the Southern District of New York, KAZMEL ROSS, a/k/a, "Cazmel Ross," a/k/a, "Terrel Waynes, a/k/a, Kevone Ross, a/k/a, Ross Kazmel, a/k/a, Kazmel Nixon, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 10, 2007, in Bronx Supreme Court, for criminal possession of a weapon in the third degree, a violation of New York State Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Hipoint .45 caliber semi-automatic pistol, that previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

COUNT TWO

The Grand Jury further charges:

2. On or about April 4, 2007, in the Southern District of New York, KAZMEL ROSS, a/k/a, "Cazmel Ross," a/k/a, "Terrel Waynes, a/k/a, Kevone Ross, a/k/a, Ross Kazmel, a/k/a, Kazmel Nixon, the defendant, unlawfully, willfully, and knowingly, did possess a firearm, to wit, a Hipoint .45 caliber semi-automatic pistol, which had the manufacturer's serial number removed, obliterated, and altered and had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(k).)

_____  _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KAZMEL ROSS,
a/k/a "Cazmel Ross,"
a/k/a "Terrel Waynes,"
a/k/a "Kevone Ross,"
a/k/a "Ross Kazmel,"
a/k/a "Kazmel Nixon,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(g)(1) and 922(k))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Brooks*
Foreperson.

8/3/07 Filed Indictment. Case assigned to Judge Daniels

Pitman
U.S.M.J.