UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :   INDICTMENT

    -v.-                        :
                                             SI 07 Cr. 722 (GBD)

KAZMEL ROSS,                    :
    a/k/a "Cazmel Ross,"
    a/k/a "Terrel Waynes,"       :
    a/k/a "Kevone Ross,"
    a/k/a "Ross Kazmel,"         :
    a/k/a "Kazmel Nixon,"
                                             :

        Defendant.
                                             :
- - - - - - - - - - - - - - - - -x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 09 2007

## COUNT ONE

The Grand Jury charges:

1.  On or about July 17, 2007, in the Southern District of New York, KAZMEL ROSS, a/k/a, "Cazmel Ross," a/k/a, "Terrel Waynes, a/k/a, Kevone Ross, a/k/a, Ross Kazmel, a/k/a, Kazmel Nixon, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 10, 2007, in Bronx Supreme Court, for criminal possession of a weapon in the third degree, a violation of New York State Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Hipoint .45 caliber semi-automatic pistol, that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

COUNT TWO

The Grand Jury further charges:

2. On or about July 17, 2007, in the Southern District of New York, KAZMEL ROSS, a/k/a, "Cazmel Ross," a/k/a, "Terrel Waynes, a/k/a, Kevone Ross, a/k/a, Ross Kazmel, a/k/a, Kazmel Nixon, the defendant, unlawfully, willfully, and knowingly, did possess a firearm, to wit, a Hipoint .45 caliber semi-automatic pistol, which had the manufacturer's serial number removed, obliterated, and altered and had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(k).)

_/s/ Kathrin U. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

KAZMEL ROSS,
a/k/a "Cazmel Ross,"
a/k/a "Terrel Waynes,"
a/k/a "Kevone Ross,"
a/k/a "Ross Kazmel,"
a/k/a "Kazmel Nixon,"

Defendant.

---

INDICTMENT

SI 07 Cr.

(18 U.S.C. §§ 922(g)(1) and 922(k))

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*/s/ Kathrine U. Burks*
Foreperson.

---

08/09/07 INDICTMENT FILED. CASE ASSIGNED TO JUDGE

Fox, J.