

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2007

**BY HAND**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 2 2007
CHAMBERS OF
JUDGE GRIESA

    Re: <u>United States v. Arnobol Reyes</u>
        05 Cr. 431 (TPG)

Dear Judge Griesa:

    This matter previously had been assigned to Your Honor on April 20, 2005. The defendant recently was arrested on July 31, 2007 and appeared for presentment that same day before Magistrate Judge Pitman pursuant to the Court's referral. The Arraignment and Initial Conference is scheduled for August 14, 2007 at 4:30 p.m. Respectfully enclosed is a copy the Indictment.

    The Government respectfully requests that the Court exclude time from the date of this letter until August 14, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the government to collect and produce discovery to the defendant and the defense to

*approved,*
*Thomas P. Griesa*

USW?
8/13/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

The Honorable Thomas P. Griesa
August 1, 2007
Page 2

review that discovery.  Defense counsel consents to this request for the exclusion of time.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                     By: _____
                                Carrie H. Cohen
                                Assistant U.S. Attorney
                                (212) 637-2264

Enc.

cc by hand w/enc.:  Peter N. Tsapatsaris, Esq.
                    Attorney for Defendant