

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 14 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2007

**BY HAND**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  United States v. Kazmel Ross
          07 Cr. 722 (GBD)

**SO ORDERED**
The conference is adjourned to
December 13, 2007 at 10:00
a.m.
NOV 14 2007  *George B. Daniels*
HON. GEORGE B. DANIELS

Dear Judge Daniels:

    I respectfully write to reschedule a conference in the above matter. The November 1, 2007 conference was adjourned and, as requested by your law clerk, I have conferred with defense counsel and we both are available on December 13, 2007 at 10:00 a.m. The parties are engaged in discussions regarding a possible disposition of this matter and believe that the December 13 date will afford the parties sufficient time to conduct these discussions.

    The Government respectfully requests that the Court exclude time from the date of this letter until December 13, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the

The Honorable George B. Daniels
November 6, 2007
Page 2 of 2

Government time to collect and produce discovery to the defendant and the defense to review that discovery.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

By: _____
      Carrie H. Cohen
      Assistant U.S. Attorney
      (212) 637-2264

cc by facsimile: Peggy Cross, Esq., Attorney for Defendant