

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 17, 2007

<u>Via Facsimile</u>

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The plea is adjourned to
January 8, 2008 at 10:30 a.m.

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

DEC 1 9 2007

Re:  United States v. Kazmel Ross,
     07 Cr. 722 (GBD)

Dear Judge Daniels:

    At the request of defense counsel, I respectfully request that the change of plea hearing in the above matter scheduled for December 18, 2007 at 10:30 a.m. be rescheduled to, if possible, December 20, 2007, to permit the Government and the defendant to enter into a plea agreement.

    The Government also respectfully requests that the Court exclude time from the date of this letter until December 20, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to the Government's request to exclude time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: */s/ Carrie H. Cohen*

Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264